UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| DORIS M. COMEGYS, | : | Bankruptcy No. 06-12171DWS |
| | : | |
| Debtor. | : | |

## **ORDER**

AND NOW, this 26th day of June, 2006, upon consideration of Debtor's Motion to Extend Stay under 11 U.S.C. § 362(c)(3) as to all creditors filed on June 23, 2006 for which adequate notice and hearing could not be provided before the 30th day after the filing of the petition, it is hereby:

**ORDERED** that said motion is **DENIED**. 11 U.S.C. § 362 (c)(3)(B) ("after notice and hearing completed before the expiration of the 30th day period"). See, e.g. In re Wilson, 336 B.R. 338 (Bankr. E.D. Term. 2005).

_____
DIANE WEISS SIGMUND
Chief United States Bankruptcy Judge

Copies to:

Doris M. Comegys
3014 N. Ringold Street
Philadelphia, PA l9132

Stephanie F. Ritigstein
Jenkins and Clayman
111 S. Independence Mall East
Bourse Bldg, Suite 720
Philadelphia, PA l9106

William C. Miller, Esquire
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

Dave P. Adams, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA l9107